UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  
DOUGLAS C WOOLUM, SR

Case No.:  13-32923  
Chapter 13

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

| MORTGAGE INFORMATION | |
|---|---|
| Creditor Name: | **BSI FINANCIAL SERVICES INC** |
| Court Claim Number: | **12-2**        UCI: |
| Last Four of Loan Number: | 7886 |
| Property Address if available: | 4405 N. LEE LEN TRAIL, LAPORTE, IN |

| FINAL CURE AMOUNT | |
|---|---|
| Pre-petition Arrearage as allowed: | $15,700.11 |
| Pre-petition Amount paid by the Trustee: | $15,700.11 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $255.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $255.00 |
| Total Disbursements by Trustee: | $85,113.66 |

| POST PETITION MORTGAGE PAYMENT | |
|---|---|
| <u>XX</u> Mortgage is paid thru the Trustee conduit. | Mortgage is paid direct by the Debtor. |
| Current Monthly Mortgage Payment: $1,185.72<br><br>Next post-petition payment due: April 2019<br>If known, Principal Balance Outstanding: | **To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.** |

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the debtor and creditor.  Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  March 21, 2019                                           Respectfully Submitted:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below

**By U.S. Mail as follows:**
Debtor:     DOUGLAS C WOOLUM, SR, 4405 N LEE LEN TRAIL, LA PORTE, IN       46350
Creditor:     BSI FINANCIAL SERVICES INC, PO BOX 517, TITUSVILLE, PA       16354
Creditor Noticing Address:        BSI FINANCIAL SERVICES INC, 1425 GREENWAY DRIVE, STE 400, IRVING, TX 75038

**By electronic e-mail to the U.S. Trustee, Creditor Attorney and the Debtor Attorney:**
U.S. Trustee:              ustpregion10.so.ecf@usdoj.gov
Creditor Attorney:    N/A
Debtor Attorney:     REGINA WILKINSON


Date:    March 21, 2019                                           /s/ Harriette King

## Disbursements for Claim

Case: 13-32923        DOUGLAS C WOOLUM, SR

BSI FINANCIAL SERVICES INC  
PO BOX 517  
TITUSVILLE, PA   16354-

Sequence: 10  
Modify:  
Filed Date: 2/3/2014  12:00:00AM  
Hold Code:

Acct No: 7886--O--1ST MORT POST PET

4405 N. LEE LEN TRAIL LA PORTE IN; PLAN PAYS--MISSING ASSIGN; ASSIGN RECVD; TRCL 5.19.14;  AMD 5.19.14; TRCL 6/28/18

|  | | Debt: | $135,499.08 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $137,000.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $1,185.72 | Paid: | $69,158.55 | Balance Due: | $66,340.53 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **0020** | **BSI FINANCIAL SERVICES INC** | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 03/01/2019 | 878308 | $1,185.72 | $0.00 | $1,185.72 | |
| | Payment for 3/2019 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 02/01/2019 | 877039 | $1,185.72 | $0.00 | $1,185.72 | 02/11/2019 |
| | Payment for 2/2019 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 01/01/2019 | 875542 | $1,185.72 | $0.00 | $1,185.72 | 01/08/2019 |
| | Payment for 1/2019 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 12/01/2018 | 874235 | $1,185.72 | $0.00 | $1,185.72 | 12/12/2018 |
| | Payment for 12/2018 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 11/01/2018 | 872902 | $1,185.72 | $0.00 | $1,185.72 | 11/09/2018 |
| | Payment for 11/2018 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 10/01/2018 | 871584 | $1,185.72 | $0.00 | $1,185.72 | 10/09/2018 |
| | Payment for 10/2018 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 09/01/2018 | 870218 | $1,185.72 | $0.00 | $1,185.72 | 09/10/2018 |
| | Payment for 9/2018 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 08/01/2018 | 868830 | $1,185.72 | $0.00 | $1,185.72 | 08/10/2018 |
| | Payment for 8/2018 | | | | | | | |
| 002-0 | BSI FINANCIAL SERVICES INC | | 07/01/2018 | 867515 | $1,185.72 | $0.00 | $1,185.72 | 07/10/2018 |
| | Payment for 7/2018 | | | | | | | |
| 002-0 | VM TRUST SERIES 1 | | 06/01/2018 | 867127 | $1,185.72 | $0.00 | $1,185.72 | 06/14/2018 |
| | Payment for 6/2018 | | | | | | | |
| 002-0 | VM TRUST SERIES 1 | | 05/01/2018 | 865669 | $1,185.72 | $0.00 | $1,185.72 | 05/16/2018 |
| | Payment for 5/2018 | | | | | | | |
| 002-0 | VM TRUST SERIES 1 | | 04/01/2018 | 864381 | $1,185.72 | $0.00 | $1,185.72 | 04/16/2018 |
| 002-0 | VM TRUST SERIES 1 | | 03/01/2018 | 863073 | $1,185.72 | $0.00 | $1,185.72 | 03/09/2018 |
| | Payment for 3/2018 | | | | | | | |
| 002-0 | VM TRUST SERIES 1 | | 02/01/2018 | 861790 | $1,185.72 | $0.00 | $1,185.72 | 02/13/2018 |

1

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 002-0 | VM TRUST SERIES 1 | | 01/01/2018 | 860456 | $1,185.72 | $0.00 | $1,185.72 | 01/11/2018 |
| 002-0 | VM TRUST SERIES 1 | | 12/01/2017 | 859147 | $1,185.72 | $0.00 | $1,185.72 | 12/12/2017 |
| 002-0 | VM TRUST SERIES 1 | | 11/01/2017 | 856502 | $1,185.72 | $0.00 | $1,185.72 | 11/09/2017 |
| 002-0 | VM TRUST SERIES 1 | | 10/01/2017 | 855095 | $1,185.72 | $0.00 | $1,185.72 | 10/12/2017 |
| 002-0 | VM TRUST SERIES 1 | | 09/01/2017 | 853714 | $1,185.72 | $0.00 | $1,185.72 | 09/13/2017 |
| 002-0 | VM TRUST SERIES 1 | | 08/01/2017 | 852260 | $106.77 | $0.00 | $106.77 | 08/09/2017 |
| 002-0 | VM TRUST SERIES 1 | | 08/01/2017 | 852260 | $1,078.95 | $0.00 | $1,078.95 | 08/09/2017 |
| 002-0 | VM TRUST SERIES 1 | | 07/01/2017 | 850820 | $1,078.95 | $0.00 | $1,078.95 | 07/13/2017 |
| 002-0 | VM TRUST SERIES 1 | | 06/01/2017 | 849136 | $1,078.95 | $0.00 | $1,078.95 | 06/12/2017 |
| 002-0 | VM TRUST SERIES 1 | | 05/01/2017 | 847605 | $1,078.95 | $0.00 | $1,078.95 | 05/10/2017 |
| 002-0 | VM TRUST SERIES 1 | | 04/01/2017 | 846137 | $1,078.95 | $0.00 | $1,078.95 | 04/13/2017 |
| 002-0 | VM TRUST SERIES 1 | | 03/01/2017 | 844583 | $1,078.95 | $0.00 | $1,078.95 | 03/13/2017 |
| 002-0 | VM TRUST SERIES 1 | | 02/01/2017 | 843082 | $1,078.95 | $0.00 | $1,078.95 | 02/13/2017 |
| 002-0 | VM TRUST SERIES 1 | | 02/01/2017 | 843082 | $1,078.95 | $0.00 | $1,078.95 | 02/13/2017 |
| 002-0 | VM TRUST SERIES 1 | | 12/01/2016 | 839990 | $1,078.95 | $0.00 | $1,078.95 | 12/09/2016 |
| 002-0 | VM TRUST SERIES 1 | | 11/01/2016 | 838394 | $1,078.95 | $0.00 | $1,078.95 | 11/14/2016 |
| 002-0 | VM TRUST SERIES 1 | | 10/01/2016 | 836801 | $1,078.95 | $0.00 | $1,078.95 | 10/14/2016 |
| 002-0 | VM TRUST SERIES 1 | | 09/01/2016 | 835212 | $1,078.95 | $0.00 | $1,078.95 | 09/15/2016 |
| 002-0 | VM TRUST SERIES 1 | | 08/01/2016 | 833531 | $1,078.95 | $0.00 | $1,078.95 | 08/09/2016 |
| 002-0 | VM TRUST SERIES 1 | | 07/01/2016 | 831855 | $984.75 | $0.00 | $984.75 | 07/15/2016 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 002-0 | VM TRUST SERIES 1 | | 06/01/2016 | 830175 | $984.75 | $0.00 | $984.75 | 06/22/2016 |
| 002-0 | VM TRUST SERIES 1 | | 05/01/2016 | 828218 | $984.75 | $0.00 | $984.75 | 05/11/2016 |
| 002-0 | VM TRUST SERIES 1 | | 04/01/2016 | 826444 | $984.75 | $0.00 | $984.75 | 04/15/2016 |
| 002-0 | VM TRUST SERIES 1 | | 03/01/2016 | 824623 | $984.75 | $0.00 | $984.75 | 03/10/2016 |
| 002-0 | VM TRUST SERIES 1 | | 02/01/2016 | 822790 | $984.75 | $0.00 | $984.75 | 02/11/2016 |
| 002-0 | VM TRUST SERIES 1 | | 01/01/2016 | 820964 | $984.75 | $0.00 | $984.75 | 01/13/2016 |
| 002-0 | VM TRUST SERIES 1 | | 12/01/2015 | 819127 | $984.75 | $0.00 | $984.75 | 12/10/2015 |
| 002-0 | VM TRUST SERIES 1 | | 11/01/2015 | 817211 | $984.75 | $0.00 | $984.75 | 11/12/2015 |
| 002-0 | VM TRUST SERIES 1 | | 10/01/2015 | 815320 | $984.75 | $0.00 | $984.75 | 10/15/2015 |
| 002-0 | VM TRUST SERIES 1 | | 09/01/2015 | 813155 | $984.75 | $0.00 | $984.75 | 09/17/2015 |
| 002-0 | VM TRUST SERIES 1 | | 08/01/2015 | 811175 | $984.75 | $0.00 | $984.75 | 08/31/2015 |
| 002-0 | VM TRUST SERIES 1 | | 07/01/2015 | 809086 | $984.75 | $0.00 | $984.75 | 07/14/2015 |
| 002-0 | VM TRUST SERIES 1 | | 06/01/2015 | 807025 | $984.75 | $0.00 | $984.75 | 06/19/2015 |
| 002-0 | VM TRUST SERIES 1 | | 05/01/2015 | 803998 | $984.75 | $0.00 | $984.75 | 05/18/2015 |
| 002-0 | VM TRUST SERIES 1 | | 04/01/2015 | 801892 | $984.75 | $0.00 | $984.75 | 04/16/2015 |
| 002-0 | VM TRUST SERIES 1 | | 03/01/2015 | 799683 | $984.75 | $0.00 | $984.75 | 03/12/2015 |
| 002-0 | VM TRUST SERIES 1 | | 02/01/2015 | 797482 | $984.75 | $0.00 | $984.75 | 02/13/2015 |
| 002-0 | VM TRUST SERIES 1 | | 01/01/2015 | 795314 | $984.75 | $0.00 | $984.75 | 01/20/2015 |
| 002-0 | VM TRUST SERIES 1 | | 12/01/2014 | 793059 | $984.75 | $0.00 | $984.75 | 12/15/2014 |
| 002-0 | VM TRUST SERIES 1 | | 11/01/2014 | 790844 | $984.75 | $0.00 | $984.75 | 11/14/2014 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 002-0 | VM TRUST SERIES 1 | | 10/01/2014 | 786291 | $984.75 | $0.00 | $984.75 | 10/21/2014 |
| 002-0 | VM TRUST SERIES 1 | | 09/01/2014 | 783313 | $984.75 | $0.00 | $984.75 | 09/16/2014 |
| 002-0 | VM TRUST SERIES 1 | | 08/01/2014 | 780986 | $984.75 | $0.00 | $984.75 | 08/20/2014 |
| 002-0 | VM TRUST SERIES 1 | | 07/01/2014 | 775958 | $984.75 | $0.00 | $984.75 | 07/18/2014 |
| 002-0 | VM TRUST SERIES 1 | | 06/01/2014 | 773400 | $7,878.00 | $0.00 | $7,878.00 | 06/19/2014 |

Sub-totals: $69,158.55     $0.00   $69,158.55

Grand Total: $69,158.55    $0.00

4

# Disbursements for Claim

Case: 13-32923        DOUGLAS C WOOLUM, SR

**VM TRUST SERIES 1**
SHELLPOINT MORTGAGE SERV
PO BOX 10826
GREENVILLE, SC  29603-0

Sequence: 20
Modify:
Filed Date: 2/3/2014  12:00:00AM
Hold Code:

Acct No: 7886--A--1ST MORT ARREARS

1ST MORT ARREARS; PLAN PAYS EST $13,000 AND PYMT $216.67; TRCL 6/28/18;

|  | Amt Sched: | $13,000.00 | Debt: | $15,700.11 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $15,700.11 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **0290** | **VM TRUST SERIES 1** | | | | | | | |
| 029-0 | VM TRUST SERIES 1 | | 05/01/2018 | 865669 | $313.70 | $0.00 | $313.70 | 05/16/2018 |
|  |  |  |  |  | Payment for 5/2018 | | | |
| 029-0 | VM TRUST SERIES 1 | | 04/01/2018 | 864381 | $329.50 | $0.00 | $329.50 | 04/16/2018 |
| 029-0 | VM TRUST SERIES 1 | | 03/01/2018 | 863073 | $329.50 | $0.00 | $329.50 | 03/09/2018 |
|  |  |  |  |  | Payment for 3/2018 | | | |
| 029-0 | VM TRUST SERIES 1 | | 02/01/2018 | 861790 | $329.50 | $0.00 | $329.50 | 02/13/2018 |
| 029-0 | VM TRUST SERIES 1 | | 01/01/2018 | 860456 | $329.50 | $0.00 | $329.50 | 01/11/2018 |
| 029-0 | VM TRUST SERIES 1 | | 12/01/2017 | 859147 | $329.50 | $0.00 | $329.50 | 12/12/2017 |
| 029-0 | VM TRUST SERIES 1 | | 11/01/2017 | 856502 | $329.50 | $0.00 | $329.50 | 11/09/2017 |
| 029-0 | VM TRUST SERIES 1 | | 10/01/2017 | 855095 | $333.14 | $0.00 | $333.14 | 10/12/2017 |
| 029-0 | VM TRUST SERIES 1 | | 09/01/2017 | 853714 | $333.14 | $0.00 | $333.14 | 09/13/2017 |
| 029-0 | VM TRUST SERIES 1 | | 08/01/2017 | 852260 | $333.14 | $0.00 | $333.14 | 08/09/2017 |
| 029-0 | VM TRUST SERIES 1 | | 07/01/2017 | 850820 | $439.91 | $0.00 | $439.91 | 07/13/2017 |
| 029-0 | VM TRUST SERIES 1 | | 06/01/2017 | 849136 | $439.91 | $0.00 | $439.91 | 06/12/2017 |
| 029-0 | VM TRUST SERIES 1 | | 05/01/2017 | 847605 | $439.91 | $0.00 | $439.91 | 05/10/2017 |
| 029-0 | VM TRUST SERIES 1 | | 04/01/2017 | 846137 | $439.91 | $0.00 | $439.91 | 04/13/2017 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 029-0 | VM TRUST SERIES 1 | | 03/01/2017 | 844583 | $439.91 | $0.00 | $439.91 | 03/13/2017 |
| 029-0 | VM TRUST SERIES 1 | | 02/01/2017 | 843082 | $879.90 | $0.00 | $879.90 | 02/13/2017 |
| 029-0 | VM TRUST SERIES 1 | | 12/01/2016 | 839990 | $256.62 | $0.00 | $256.62 | 12/09/2016 |
| 029-0 | VM TRUST SERIES 1 | | 11/01/2016 | 838394 | $256.62 | $0.00 | $256.62 | 11/14/2016 |
| 029-0 | VM TRUST SERIES 1 | | 10/01/2016 | 836801 | $243.60 | $0.00 | $243.60 | 10/14/2016 |
| 029-0 | VM TRUST SERIES 1 | | 09/01/2016 | 835212 | $243.60 | $0.00 | $243.60 | 09/15/2016 |
| 029-0 | VM TRUST SERIES 1 | | 08/01/2016 | 833531 | $272.89 | $0.00 | $272.89 | 08/09/2016 |
| 029-0 | VM TRUST SERIES 1 | | 07/01/2016 | 831855 | $367.09 | $0.00 | $367.09 | 07/15/2016 |
| 029-0 | VM TRUST SERIES 1 | | 06/01/2016 | 830175 | $367.09 | $0.00 | $367.09 | 06/22/2016 |
| 029-0 | VM TRUST SERIES 1 | | 05/01/2016 | 828218 | $367.09 | $0.00 | $367.09 | 05/11/2016 |
| 029-0 | VM TRUST SERIES 1 | | 04/01/2016 | 826444 | $367.09 | $0.00 | $367.09 | 04/15/2016 |
| 029-0 | VM TRUST SERIES 1 | | 03/01/2016 | 824623 | $367.09 | $0.00 | $367.09 | 03/10/2016 |
| 029-0 | VM TRUST SERIES 1 | | 02/01/2016 | 822790 | $367.09 | $0.00 | $367.09 | 02/11/2016 |
| 029-0 | VM TRUST SERIES 1 | | 01/01/2016 | 820964 | $367.09 | $0.00 | $367.09 | 01/13/2016 |
| 029-0 | VM TRUST SERIES 1 | | 12/01/2015 | 819127 | $367.09 | $0.00 | $367.09 | 12/10/2015 |
| 029-0 | VM TRUST SERIES 1 | | 11/01/2015 | 817211 | $367.09 | $0.00 | $367.09 | 11/12/2015 |
| 029-0 | VM TRUST SERIES 1 | | 10/01/2015 | 815320 | $354.07 | $0.00 | $354.07 | 10/15/2015 |
| 029-0 | VM TRUST SERIES 1 | | 09/01/2015 | 813155 | $354.07 | $0.00 | $354.07 | 09/17/2015 |
| 029-0 | VM TRUST SERIES 1 | | 08/01/2015 | 811175 | $329.67 | $0.00 | $329.67 | 08/31/2015 |
| 029-0 | VM TRUST SERIES 1 | | 07/01/2015 | 809086 | $329.67 | $0.00 | $329.67 | 07/14/2015 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 029-0 | VM TRUST SERIES 1 | | 06/01/2015 | 807025 | $329.67 | $0.00 | $329.67 | 06/19/2015 |
| 029-0 | VM TRUST SERIES 1 | | 05/01/2015 | 803998 | $329.67 | $0.00 | $329.67 | 05/18/2015 |
| 029-0 | VM TRUST SERIES 1 | | 04/01/2015 | 801892 | $378.48 | $0.00 | $378.48 | 04/16/2015 |
| 029-0 | VM TRUST SERIES 1 | | 03/01/2015 | 799683 | $378.48 | $0.00 | $378.48 | 03/12/2015 |
| 029-0 | VM TRUST SERIES 1 | | 02/01/2015 | 797482 | $378.48 | $0.00 | $378.48 | 02/13/2015 |
| 029-0 | VM TRUST SERIES 1 | | 01/01/2015 | 795314 | $378.48 | $0.00 | $378.48 | 01/20/2015 |
| 029-0 | VM TRUST SERIES 1 | | 12/01/2014 | 793059 | $378.48 | $0.00 | $378.48 | 12/15/2014 |
| 029-0 | VM TRUST SERIES 1 | | 11/01/2014 | 790844 | $378.48 | $0.00 | $378.48 | 11/14/2014 |
| 029-0 | VM TRUST SERIES 1 | | 10/01/2014 | 786291 | $389.86 | $0.00 | $389.86 | 10/21/2014 |
| 029-0 | VM TRUST SERIES 1 | | 09/01/2014 | 783313 | $65.84 | $0.00 | $65.84 | 09/16/2014 |

Sub-totals: $15,700.11    $0.00    $15,700.11

Grand Total: $15,700.11    $0.00

3

# Disbursements for Claim

Case: 13-32923     DOUGLAS C WOOLUM, SR

**VM TRUST SERIES 1**
SHELLPOINT MORTGAGE SERV
PO BOX 10826
GREENVILLE, SC   29603-0

Sequence: 30
Modify:
Filed Date:
Hold Code:

Acct No: 7886--NOTICE OF POST PET F

NOTICE OF POST PET FEES - ATTY FEES & APPRAISAL/BPO - EMD DA 9/5/14-REPLY NOT OBJ

| | | |
|---|---|---|
| Amt Sched: $0.00 | Debt: $255.00 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $255.00 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **0340** | **VM TRUST SERIES 1** | | | | | | | |
| 034-0 | VM TRUST SERIES 1 | | 10/01/2018 | 872520 | $38.92 | $0.00 | $38.92 | 10/23/2018 |
| 034-0 | VM TRUST SERIES 1 | | 09/01/2018 | 871175 | $53.38 | $0.00 | $53.38 | 09/20/2018 |
| | | | | | | | Payment for 9/2018 | |
| 034-0 | VM TRUST SERIES 1 | | 08/01/2018 | 869780 | $53.38 | $0.00 | $53.38 | 08/13/2018 |
| | | | | | | | Payment for 8/2018 | |
| 034-0 | VM TRUST SERIES 1 | | 07/01/2018 | 868474 | $53.38 | $0.00 | $53.38 | 07/11/2018 |
| | | | | | | | Payment for 7/2018 | |
| 034-0 | VM TRUST SERIES 1 | | 06/01/2018 | 867127 | $55.94 | $0.00 | $55.94 | 06/14/2018 |
| | | | | | | | Payment for 6/2018 | |
| | | | | Sub-totals: | $255.00 | $0.00 | $255.00 | |
| | | | | Grand Total: | $255.00 | $0.00 | | |

1